MARK D. PETERSON (State Bar #126174)
KATHLEEN O. PETERSON (State Bar #124791)
CATES PETERSON LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Facsimile: (949) 724-1190
Email: markpeterson@catespeterson.com

Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORNINGSIDE COMMUNITY ASSOCIATION, a California mutual benefit corporation; FEDERAL INSURANCE COMPANY, a New Jersey corporation,<br><br>Defendants. | Case No. 5:21-cv-01780-JWH-SP<br>Honorable John W. Holcomb<br><br>NOTICE BY PLAINTIFF OF DISMISSAL WITH PREJUDICE<br><br>Action Filed:   October 21, 2021<br>Trial Date:      None Set |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff St. Paul Fire and Marine Insurance Company dismisses this action with prejudice.  No opposing parties have filed an answer or a motion for summary judgment.

Dated: February 10, 2022                    Respectfully submitted,

    /s/ Mark D. Peterson
MARK D. PETERSON
Of CATES PETERSON LLP
Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

NOTICE OF DISMISSAL WITH PREJUDICE